**United States District Court**
For the Northern District of California

*E-FILED - 3/25/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES, | No. C 09-5221 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| FRANCISCO JAQUEZ, Warden, et al., | |
| Defendants. | (Docket No. 10) |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. Before the court is plaintiff's motion for an extension of time in which to file his amended complaint. In an order dated January 5, 2010, the court directed plaintiff to file an amended complaint within thirty days from the date the order was filed. Subsequently, on March 8, 2010, plaintiff filed a motion for extension of time to file his amended complaint.

Although plaintiff's motion should have been filed on or by February 4, 2010, and because it appears no party would be prejudiced by an extension, plaintiff's motion is GRANTED. Plaintiff shall file his amended complaint, **within thirty (30) days** from the date this order is filed.

IT IS SO ORDERED.

DATED: 3/24/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File an Amended Complaint
P:\PRO-SE\SJ.Rmw\CR.09\Uvalles221.EOT-AC.wpd