*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO JACQUEZ, Warden, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-5221 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO LOCATE DEFENDANTS |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983. Before the court is plaintiff's motion for extension of time to locate defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer J. Shaw, and Correctional Officer F. Palaccio.

In a court order dated June 24, 2011 (docket no. 140), plaintiff was directed to locate defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer J. Shaw, and Correctional Officer F. Palaccio within **thirty (30) days** from the date that order was filed. Plaintiff's motion for an extension of time is GRANTED. Plaintiff must file the necessary information to locate defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer J. Shaw, and Correctional Officer F. Palaccio within **thirty (30) days** from the date this order is filed. **Failure to file the necessary information**

Order Granting Plaintiff's Motion for Extension of Time to Locate Defendants
P:\PRO-SE\SJ.Rmw\CR.09\Uvalles221.EOT-4m.wpd

**within thirty (30) days  from the filing date of this order will result in the dismissal of the claims against defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer J. Shaw, and Correctional Officer F. Palaccio.**

This order terminates docket no. 142.

IT IS SO ORDERED.

DATED: 7/28/11



RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Plaintiff's Motion for Extension of Time to Locate Defendants
P:\PRO-SE\SJ.Rmw\CR.09\Uvalles221.EOT-4m.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL UVALLES,

        Plaintiff,

  v.

FRANCISCO JAQUEZ et al,

        Defendant.
                         /

Case Number: CV09-05221 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Uvalles T-59954
Pelican Bay State Prison
Housing: C9-106
P.O. Box 7500
Crescent City, CA 95532

Dated: July 29, 2011

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk