1

2

3

4

5   E-FILED on 10/20/2011

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12
    **RAUL UVALLES,**                          C 09-5221 RMW
13
                                    Plaintiff,   **[] ORDER GRANTING**
14                                               **DEFENDANTS' MOTION FOR AN**
                                                 **EXTENSION OF TIME TO FILE A**
15           **v.**                              **DISPOSITIVE MOTION**

16   **FRANCISCO JACQUEZ, et a l.,**

17                                  Defendants.

18

19         For good cause appearing, the request by Defendants Acosta, Allen, Aubin, Barnes, Bell,

20   Bradbury, Branion, Cleary, Dickerson, Diggle, Gavin, Hicks, Jacquez, Johnson, Kerr, Maxwell,

21   McAllister, McKinney, Mount, Nakumara, Nimrod, Sayre, Silva, Timme, Traylor, and Williams

22   for an extension of time to file a dispositive motion is granted.  Defendants may file a dispositive

23   motion on or before October 28, 2011.

24         Plaintiff Raul Uvalles's opposition to the dispositive motion shall be filed no later than

25   thirty days after the date on which Defendants' motion is filed.

26         / / /

27         / / /

28

                                           1

1    Defendants shall file a reply brief no later than fifteen days after the date Uvalles's

2   opposition is filed.

3    IT IS SO ORDERED.

4
     Dated: _____

5                                                    _____

6                                                    THE HONORABLE RONALD M. WHYTE
                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RAUL UVALLES,

                Plaintiff,

    v.

FRANCISCO JAQUEZ et al,

                Defendant.

Case Number: CV09-05221 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Raul Uvalles T-59954
Pelican Bay State Prison
Housing: C9-106
P.O. Box 7500
Crescent City, CA 95532


Dated: October 20, 2011

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk