IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>    Defendants. | No. C 09-5221 RMW (PR)<br><br>ORDER OF DISMISSAL OF CLAIMS AGAINST UNSERVED DEFENDANTS WITHOUT PREJUDICE |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On May 18, 2010, the court issued summonses to named defendants. On October 25, 2011, the court requested the litigation coordinators at Pelican Bay State Prison to provide forwarding addresses of Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer Shaw, Correctional Officer F. Palaccio, D. Fabela, B. Jones, and J. Hernandez. In that same order, the court cautioned plaintiff that, "If no further information is available from the litigation coordinator, and if plaintiff fails to provide the requested information **within thirty days** of the filing date of this order, defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional Officer J. Gonzalez, Correctional Officer Shaw, Correctional Officer F. Palaccio, D. Fabela, B. Jones, and J. Hernandez will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." More than thirty days from the date of that order have passed, and plaintiff has not provided the court with

1  any further identifying or location information for any of the above named defendants.

2  Accordingly, defendants Sgt. Henderson, Charles Duncan, D. Dewitt, Correctional

3  Officer J. Gonzalez, Correctional Officer Shaw, and Correctional Officer F. Palaccio are

4  DISMISSED from this action without prejudice.[1]

5  IT IS SO ORDERED.

6  DATED: _____    _____
                                RONALD M. WHYTE
7                               United States District Judge

---

[1] Defendants D. Fabela, B. Jones, and J. Hernandez were previously dismissed.

Order of Dismissal of Claims Against Unserved Defendants Without Prejudice
N:\work\Uvalles221dis4m2.wpd                 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL UVALLES,

        Plaintiff,

  v.

FRANCISCO JAQUEZ et al,

        Defendant.

Case Number: CV09-05221 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Uvalles T-59954  
Pelican Bay State Prison  
Housing: C9-106  
P.O. Box 7500  
Crescent City, CA 95532

Dated: March 6, 2012

                                            Richard W. Wieking, Clerk  
                                            By: Jackie Lynn Garcia, Deputy Clerk