**E-FILED on 3/6/12**

1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL UVALLES, | ) | No. C 09-5221 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' MOTIONS FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| FRANCISCO JACQUEZ, et al., | ) | |
| | ) | (Docket Nos. 152, 157) |
| Defendants. | ) | |

Defendants' motions for an extension of time to file their dispositive motion is granted. Due to the age of this case, no further requests for an extension of time will be favored absent exigent circumstances. Defendants' dispositive motion is due on or before February 28, 2012. Plaintiff's opposition is due no later than thirty days thereafter. Defendants' reply brief is due fifteen days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED:  3/6/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motions for an Extension of Time
P:\pro-se\sj.rmw\cr.09\Uvalles221eot2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANCISCO JAQUEZ et al,<br><br>            Defendant. | Case Number: CV09-05221 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Uvalles T-59954
Pelican Bay State Prison
Housing: C9-106
P.O. Box 7500
Crescent City, CA 95532

Dated: March 6, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk