IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL UVALLES, | ) | No. C 09-5221 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| FRANCISCO JACQUEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket Nos. 189, 190, 191, 192) |

On September 17, 2012, the court directed plaintiff to file a supplemental declaration in support of his Rule 56(d) motion for further discovery, or file an opposition to defendants' motion for summary judgment no later than October 15, 2012.  (Docket No. 187.)  On October 15, 2012 plaintiff requested an extension of time until November 14, 2012.  (Docket No. 190.)  On November 12, 2012, plaintiff filed a second extension of time requesting the due date be extended to January 14, 2013.  (Docket No. 192.)  The requested due date will extend three (3) months beyond the original due date ordered by the court.

In the interest of justice, plaintiff's motions are **GRANTED**.  Plaintiff's supplemental declaration, or opposition to summary judgement is due **no later than January 14, 2013.  Plaintiff is warned that any further requests for extensions of time will not be favored absent exigent circumstances.**

Order Granting Plaintiff's Motions for an Extension of Time
G:\PRO-SE\SJ.Rmw\CR.09\Uvalles221opp-eot2.wpd

1   This terminates docket numbers 189, 190, 191 and 192.

2   IT IS SO ORDERED.

3   DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL UVALLES,

        Plaintiff,

  v.

FRANCISCO JAQUEZ et al,

        Defendant.

Case Number: CV09-05221 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Uvalles T-59954
Pelican Bay State Prison
Housing: C9-116
P.O. Box 7500
Crescent City, CA 95532

Dated: December 19, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk